## Frank Adams, Appellee, v. James Hogan, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of Sangamon county; the Hon. JAMES A. CREIGHTON, Judge, presiding. Heard in this court at the October term, 1914. Affirmed. Opinion filed April 16, 1915.

### Statement of the Case.

Action in trespass for an assault and battery by Frank Adams against James Hogan, which resulted in the fracturing of both of the jaws of the latter. From a judgment for plaintiff for $1,000, defendant appeals.

A. M. FITZGERALD, for appellant; GILLESPIE & FITZGERALD, of counsel.

JOHN G. FRIEDMEYER and SAMPSON & PUTTING, for appellee.

MR. PRESIDING JUSTICE ELDREDGE delivered the opinion of the court.

### Abstract of the Decision.

ASSAULT AND BATTERY, § 23*—*when verdict not disturbed.* The Appellate Court will not reverse a verdict in an action in trespass for an assault and battery as against the weight of evidence, where the testimony of the witnesses · of the opposing parties is in direct conflict and the verdict of the jury was approved by the trial court, and there is sufficient evidence to sustain the judgment.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.